No. 1339. **State** *v.* **Williams.** November Term, 1883. A failure to charge propositions of law which were not requested cannot be assigned as error on the part of the Circuit judge. Moreover, the judge's charge here was in accordance with the law as claimed by appellant in his exceptions. Judgment of the Circuit Court (Kershaw, J.,) affirmed. OPINION by MR. CHIEF JUSTICE SIMPSON, February 15th, 1883. *G. T. Graham, Meetze & Muller*, for appellant. *Bonham*, solicitor, contra.